RAEMON C. RICHARDS, Appellant, *v.* MOUNT VERNON STEEL CORPORATION et al., Respondents.

Argued March 8, 1954; decided April 22, 1954.

*Lawrence Braunstein* for appellant.

*William G. Mulligan* and *Milton Kaplan* for Stephen Enright, respondent.

*Julius November* and *Edwin Stephen Schweig* for Mount Vernon Steel Corporation and another, respondents.

Judgment affirmed, with costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ.